FANNIE C. HANDY, as Administratrix of the Estate of WILLIAM C. HANDY, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Handy* v. *Metropolitan Street Ry. Co.,* 94 App. Div. 620, affirmed. (Argued October 23, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

3, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*James Russell Soley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., BARTLETT, VANN and WERNER, JJ. Dissenting: HAIGHT, J. Not sitting: GRAY, J. Absent: O'BRIEN, J.